UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LARRY BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:11-cv-03333-RM-BGC |
| | ) |
| CARGILL MEAT SOLUTIONS | ) |
| CORPORATION, A Delaware Corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

NOW COME, Plaintiff, LARRY BROOKS and Defendant, CARGILL MEAT SOLUTIONS CORPORATION, A Delaware Corporation, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to the dismissal of this action, and all claims asserted or which could have been asserted in the action, with prejudice and without costs.


Respectfully Submitted,                    Respectfully Submitted,


By: /s/ Bruce C. Beal                      By: /s/ Anna Wermuth
    Bruce C. Beal                              Anna Wermuth,
    Attorney for the Plaintiff                 Attorney for Defendant



BRUCE C. BEAL                              ANNA WERMUTH
Claudon, Kost, Beal, Walters & Lane, Ltd.  Meckler, Bulger, Tilson, Marick & Pearson, LLP
121 West Elm Street                        123 N. Wacker Drive, Suite 1800
P.O. Box 400                               Chicago, IL 60606
Canton, IL 61520                           312-474-7900
309-647-6300                               Fax: 312-474-7898
Fax: 309-647-0022                          anna.wermuth@mbtlaw.com
bcb7007@ckbbw.com